# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **DEONTAY DESHUN HARDY** | **CIVIL ACTION NO. 1:24-CV-01438** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TIM HOOPER** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after a de novo review of the record, including Petitioner's Objection (ECF No. 9)[1], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition (ECF No. 1) is **DENIED,** and this civil action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 8th day of May, 2025, in Alexandria, Louisiana.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner also asks for additional time to prepare reasons for his objections, without providing a reason for an extension. Although this request is not docketed as a separate motion, this request is denied.